JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant –BELL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-180-JAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH BELL, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant KEITH BELL and TONY LOPEZ, Assistant United States Attorney, that sentencing currently scheduled for May 20, 2019 at 9:30 a.m., be vacated and reset to a date and time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out of custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. Counsel for the defense would like additional time to finish drafting Mr. Bell's sentencing memorandum.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing to a date and time convenient to the Court for approximately forty-five (45) days.

This is the first request for continuance filed herein.

DATED: MAY 17, 2019

| /S/ | /S/ |
|---|---|
| JESS R MARCHESE, ESQ. | TONY LOPEZ, ESQ. |
| 601 S. Las Vegas Blvd. | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | 501 Las Vegas Blvd South #1100 |
| Attorney for Defendant | Las Vegas, Nevada 89101 |

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. LV Boulevard
Las Vegas, NV 89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant-BELL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-180-JAD |
| Plaintiff, | |
| v. | |
| KEITH BELL, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out-of-custody client and he has no objection to the request for continuance.

2. Counsel for defendant has spoken to United States' counsel and he has no objection to the continuance.

3. Counsel for the defense would like additional time to finish drafting Mr. Bell's sentencing memorandum.

4. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Sentencing Hearing to a date and time convenient to the Court for approximately forty-five (45) days.

This is the first request for continuance filed herein.

**ORDER**

IT IS HEREBY ORDERED that the Hearing currently scheduled for May 20, 2019, at 9:30 a.m., be continued to July 15, 2019, at the hour of 2:00 p.m.

DATED this 20th day of May, 2019.

_____
**U.S. DISTRICT JUDGE**